In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., on the Westerly Side of Wardwell Avenue, Easterly Side of Fiske Avenue, North of Leonard Avenue, First Ward, Borough of Richmond, etc., for School Purposes, etc.— Motion to confirm referee's report granted. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline MARC M. FOX, an Attorney.— The respondent was slow in realizing that his failure to take some steps to dispose of the money in his hands might cause him trouble. It appears that since the commencement of the proceeding he has made an effort in good faith to turn the money over to the one to whom it seems to belong. Such person refused to receive the money. Under these circumstances an order will be made directing the deposit of this money in court in this proceeding to the credit of the person or persons entitled thereto. Upon proof of such deposit the proceeding will be dismissed as far as the respondent is concerned. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CHARLES KITCHEN, as Administrator, etc., of HOWARD KITCHEN, Deceased, Appellant, v. FANNY LANDY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

SAMUEL KLEINROCK, Appellant, v. DORA GRAHAM, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MARY ADAMS MAURICE, Respondent, v. WILLIAM H. KIRCHNER and Another, Appellants, Impleaded with Another, Defendant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MOSES MORRIS, Appellant, v. MICHAEL MILLER and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

GUISIPPINA PARASCANDOLA, as Administratrix, etc., Plaintiff, v. FRANK AUDITORE, Individually and as Administrator, etc., Appellant, Impleaded with AUDITORE Co., INC., Respondent.— Motion to vacate stay denied. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Motion to dispense with printing case on appeal from order denying motion for new trial granted. Points and motion papers to be printed. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

RUBIN SUNSHINE, Respondent, v. ROSIE TOBIAS and Another, Appellants,